PV
Bringhurst Process Service
a Division of All Pro Security
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278

FILED
2022 DEC 1 AM 10:12
CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE
## STATE OF UTAH

PEDRO M VILELA,
Plaintiff(s)

vs.

OFFICE OF RECOVERY SERVICES; ET AL,
Defendant(s)

Party to serve:
OFFICE OF RECOVERY SERVICES

**PROOF OF SERVICE**
Case No. 2:22-CV-00699-DBB-DBP

Process: **SUMMONS IN A CIVIL ACTION, AMENDED 42 U.S.C. 1983 COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
Court Date:

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process, referenced therein.in the manner indicated below
2) I was at the time of service over the age of 18 years.
3) I am not a party to this action.

**Party To Serve: Office Of Recovery Services.**

Date Served: 11-25-2022 10:00 Am
Address Of Service: 4315 S 2700 W, Taylorsville, Ut 84123

Served on business or organization by giving a copy to **KATHLEEN FIFE, Authorized Employee**, who confirmed that they are an authorized employee of said organization, designated to receive service of such process pursuant to Rule 4-(d)(1), Utah Rules of Civil Procedure.

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 11-25-2022

*Swensen*
Neil Swensen #364

**TOTAL FEES:** $55.00

| Standard Service | $55.00 |
|---|---|
| | |
| | |
| | |

PEDRO VILELA
617 E 3970 S
SALT LAKE CITY, UT 84107

Docket: 1803495

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00699-DBB-DBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Kathleen Fife , who is
designated by law to accept service of process on behalf of *(name of organization)* Office of
Recovery Services on *(date)* 25 Nov 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 25 Nov 2022

*Server's signature*
Neil Swensen
60 E Claybourne Ave SSL, Ut 84115
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: