PV
Bringhurst Process Service
a Division of All Pro Security
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278



FILED
2022 DEC 1 AM 10:20
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
STATE OF UTAH

| | |
|---|---|
| PEDRO M VILELA , )<br>Plaintiff(s) )<br> )<br>vs. )<br> )<br> ) | **PROOF OF SERVICE**<br>Case No. 2:22-CV-00699-DBB-DBP |
| OFFICE OF RECOVERY SERVICES; ET AL , )<br>Defendant(s) )<br> )<br>Party to serve: )<br>STATE OF UTAH CHILD SUPPORT )<br>ENFORCEMENT/ OFFICE OF RECOVERY )<br>SERVICES | |

Process: **SUMMONS IN A CIVIL ACTION, AMENDED 42 U.S.C. 1983 COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
Court Date:

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process, referenced therein.in the manner indicated below
2) I was at the time of service over the age of 18 years.
3) I am not a party to this action.

**Party To Serve: State Of Utah Child Support Enforcement/ Office Of Recovery Services .**

Date Served: 11-25-2022 10:00 Am
Address Of Service: 4315 S 2700 W , Taylorsville, Ut 84123

Served on business or organization by giving a copy to **KATHLEEN FIFE, Authorized Employee**, who confirmed that they are an authorized employee of said organization, designated to receive service of such process pursuant to Rule 4-(d)(1), Utah Rules of Civil Procedure.

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 11-25-2022

_Swensen_
Neil Swensen #364

| **TOTAL FEES:** | $20.00 |
|---|---|
| Additional Defendant | $20.00 |
| | |
| | |

PEDRO VILELA
617 E 3970 S
SALT LAKE CITY , UT 84107

Docket: 1803496

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00699-DBB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* **Kathleen Fife**, who is designated by law to accept service of process on behalf of *(name of organization)* **State of Utah Child Support Enforcement / ORS** on *(date)* **25 Nov 2022** ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **25 Nov 2022**

_____
Server's signature

**Neil Swenson**
Printed name and title

**60 E Claybourne Ave SSL, ut 84115**
Server's address

Additional information regarding attempted service, etc: