PV  
Bringhurst Process Service  
a Division of All Pro Security  
60 E Claybourne Ave  
Salt Lake City, Utah 84115  
(801) 561-4278

FILED
2022 DEC 1 AM 10:21
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT  
FOR THE  
STATE OF UTAH

| | |
|---|---|
| PEDRO M VILELA, ) <br> Plaintiff(s) ) <br> ) <br> vs. ) <br> ) <br> OFFICE OF RECOVERY SERVICES; ET AL, ) <br> Defendant(s) ) <br> ) <br> Party to serve: ) <br> LIESA STOCKDALE C/O OFFICE OF RECOVERY ) <br> SERVICES ) | **PROOF OF SERVICE** <br> Case No. 2:22-CV-00699-DBB-DBP |

Process: SUMMONS IN A CIVIL ACTION, AMENDED 42 U.S.C. 1983 COMPLAINT FOR VIOLATION OF CIVIL RIGHTS  
Court Date:

THE UNDERSIGNED PERSON HEREBY CERTIFIES:  
1) I served the attached process, referenced therein.in the manner indicated below  
2) I was at the time of service over the age of 18 years.  
3) I am not a party to this action.

**Party To Serve: Liesa Stockdale C/o Office Of Recovery Services.**

Date Served: 11-25-2022 10:00 Am  
Address Of Service: 4315 S 2700 W , Taylorsville, Ut 84123

Served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED 42 U.S.C. 1983 COMPLAINT FOR VIOLATION OF CIVIL RIGHTS** with the date and hour of service endorsed thereon by me, to: **KATHLEEN FIFE @ OFFICE OF RECOVERY SERVICES** as **Authorized Employee** at the address of: **4315 S 2700 W , TAYLORSVILLE, UT 84123**, who stated they are authorized to accept service for **LIESA STOCKDALE C/O OFFICE OF RECOVERY SERVICES**, and informed said person of the contents therein, in compliance with state statutes.

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.  
Executed on 11-25-2022

*Swensen* (signature)  
Neil Swensen #364

| **TOTAL FEES:** | **$55.00** | |
|---|---|---|
| Standard Service | | $55.00 |
| | | |
| | | |

PEDRO VILELA  
617 E 3970 S  
SALT LAKE CITY , UT 84107

Docket: 1803497

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **Kathleen Fife c/o ORS** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Liesa Stockdale/
ORS** on *(date)* **25 Nov 2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **25 Nov 2022**

_____
*Server's signature*

**Neil Swenson**
*Printed name and title*


**60 E Claybourne Ave SSL, UT 84115**
*Server's address*

Additional information regarding attempted service, etc: