PV
Bringhurst Process Service
a Division of All Pro Security
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278

**FILED**
**2022 DEC 7**
**CLERK**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE
STATE OF UTAH

| | |
|---|---|
| PEDRO M VILELA, ) <br> Plaintiff(s) ) <br> ) <br> vs. ) <br> ) <br> OFFICE OF RECOVERY SERVICES; ET AL, ) <br> Defendant(s) ) <br> ) <br> Party to serve: ) <br> AMY JONKHART ) <br> ) | **PROOF OF SERVICE** <br> Case No. 2:22-CV-00699-DBB-DBP |

Process: **SUMMONS IN A CIVIL ACTION, AMENDED 42 U.S.C. 1983 COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
Court Date:

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process, referenced therein.in the manner indicated below
2) I was at the time of service over the age of 18 years.
3) I am not a party to this action.

**Party To Serve: Amy Jonkhart .**

Date Served: 12-3-2022 12:30 Pm
Address Of Service: 5692 W Yukon Rver Ln, Herriman, Ut 84096

**I delivered a copy of this process to Amy Jonkhart , in person.**

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 12-3-2022

*Ladora Langford*
_____
Ladora Langford #432

**TOTAL FEES:** $95.00

| | |
|---|---|
| Additional Defendant- NOT EMPLOYED BY COURT- PROVO | $20.00 |
| Skip | $20.00 |
| Standard Service- HERRIMAN, UT | $55.00 |

PEDRO VILELA
617 E 3970 S
SALT LAKE CITY , UT 84107

Docket: 1803500

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Pedro M Vilela
*Plaintiff(s)*

v.

Civil Action No. 2:22-cv-00699

Amy Jonkhart
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Amy Jonkhart
137 Freedom Blvd 200 west Suite 150
Provo Utah 84604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pedro M Vilela
617 East 3970 South Salt Lake City Utah 84107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**GARY P. SERDAR**

*CLERK OF COURT*

Date: 11-3-22

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Amy Jonkhart__
was received by me on *(date)* __12/2/2022__.

☑ I personally served the summons on the individual at *(place)* __5692 W Yukon River Lane, Herriman, UT 84096__ on *(date)* __12/3/2022__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/3/2023__

__Ladora Langford__
*Server's signature*

__Ladora Langford__
*Printed name and title*

__60 E. Claybourne Ave., 84115__
*Server's address*

Additional information regarding attempted service, etc: